

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  1:12-CR-00192-LJO-SKO |
| Plaintiff, | ) |
| | ) ORDER UNSEALING INDICTMENT |
| v. | ) |
| MICHAEL CHASE STAFFORD, and DAWN RENEE WESSLING, | ) |
| Defendants. | ) |

The indictment having previously been filed under seal on June 27, 2012, and it appearing that the indictment no longer needs to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the indictment in this case be unsealed and made public record.

DATED: 7/26/12

_____
UNITED STATES MAGISTRATE JUDGE

2