BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
GRANT B. RABENN
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:12-CR-00192-LJO-SKO |
|---|---|
| Plaintiff, | ) STIPULATION AND PROTECTIVE ORDER BETWEEN THE |
| v. | ) UNITED STATES AND DAWN RENEE WESSLING |
| DAWN RENEE WESSLING, | ) |
| Defendant. | ) |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including, but not limited to social security numbers, dates of birth, telephone numbers, residential addresses, account information, as well as other forms of personal identification ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant Dawn Renee Wessling, by and through her

1  counsel of record John Garland ("Defense Counsel"), and plaintiff
2  United States of America, by and through its counsel of record,
3  hereby agree and stipulate as follows:
4       1.   This Court may enter protective orders pursuant to Rule
5  16(d) of the Federal Rules of Criminal Procedure, and its general
6  supervisory authority.
7       2.   This Order pertains to all discovery provided to or made
8  available to Defense Counsel by the United States in this case
9  (hereafter, collectively known as "the discovery").
10      3.   By signing this Stipulation and Protective Order, Defense
11 Counsel agrees not to share any documents that contain Protected
12 Information with anyone other than Defense Counsel and designated
13 defense investigators and support staff.  Defense Counsel
14 may permit the defendant to view unredacted documents in the
15 presence of her attorney, defense investigators and support staff.
16 The parties agree that Defense Counsel, defense investigators and
17 support staff shall not allow the defendant to copy Protected
18 Information contained in the discovery.  The parties agree that
19 Defense Counsel, defense investigators, and support staff may provide
20 the defendant with copies of documents from which Protected
21 Information has been redacted.
22      4.   The discovery and information therein may be used only in
23 connection with the litigation of this case and for no other purpose.
24 The discovery is now and will forever remain the property of the
25 United States Government.  At the conclusion of the case, Defense
26 Counsel will return the discovery to the Government or will certify
27 that it has been shredded.
28      5.   Defense Counsel will store the discovery in a secure place

and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: July 27, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ Ian L. Garriques
                                        IAN L. GARRIQUES
                                        Assistant U.S. Attorney


Dated: July 27, 2012                    /s/ John Garland
                                        JOHN GARLAND
                                        Attorney for Defendant


    IT IS SO ORDERED.

**Dated:   July 30, 2012**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

3