1  JOHN F. GARLAND   #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone: (559) 497-6132
4  Facsimile:  (559) 579-1530

5  Attorney for Defenant,
   DAWN RENEE WESSLING
6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,   )   Case No.  1: 12-CR-00192 LJO-SKO
10                             )
       Plaintiff,               )   STIPULATION TO CONTINUE
11                             )   SENTENCING HEARING
       v.                       )   AND ORDER THEREON
12                             )
   DAWN RENEE WESSLING,         )   Date:   January 22, 2013
13                             )   Time:   8:30 a.m.
       Defendant.               )   Courtroom Four
14 _____)   Honorable Lawrence J. O'Neill

15

16     Defendant, DAWN RENEE WESSLING, through her counsel, John F. Garland and the

17 United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and

18 Grant B. Rebenn, Assistant United States Attorney, hereby stipulate to continue the defendant's

19 sentencing hearing from January 7, 2013 to January 22, 2013 at 8:30 a.m. This continuance is

20 necessary to allow the United States Probation Office sufficient time to complete the

21 Presentence Investigation Report.

22     The parties further stipulate that any delay resulting from this continuance shall be

23 excluded on the following basis:

24     a. Title 18 United States Code Section 3161(h)(8)(A) - that the ends of justice served by
          taking such action outweighs the best interest of the public and the defendant in a
25        speedy trial.

26
   Dated: November 28, 2012                          /s/ John F. Garland
27                                                   John F. Garland
                                                     Attorney for Defendant
28                                                   DAWN RENEE WESSLING

                                               1

Dated: November 28, 2012                                    Benjamin B. Wagner
                                                            United States Attorney

                                                             /s/ Grant B. Rabenn
                                                        By: GRANT B. RABENN
                                                            Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendant DAWN RENEE WESSLING is continued to January 22, 2013 at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   November 29, 2012**                       /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE