JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California  93721

Telephone: (559) 497-6132
Facsimile:  (559) 579-1530

Attorney for Defendant,
DAWN RENEE WESSLING

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-CR-00192 LJO-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | **AND ORDER THEREON** |
| DAWN RENEE WESSLING, | **Date: January 20, 2015** |
| Defendant. | **Time: 1:30 p.m.** |
| | **Courtroom Seven** |
| | **Honorable Sheila K. Oberto** |

Defendant, DAWN RENEE WESSLING, through his counsel, John F. Garland and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Kirk E. Sherriff, Assistant United States Attorney, hereby stipulate to continue the Status Conference re Violation of Supervised Release from October 22, 2014 to January 20, 2015 at 1:30 p.m. This continuance is requested by the parties to allow the United States Probation Office sufficient time to review the defendant's progress and compliance with the terms and conditions of her term of supervised release.

United States Probation Officer Toni Ortiz concurs with the continued hearing date.

///

///

1

| | |
|---|---|
| Dated:  October 16, 2014 | /s/ John F. Garland |
| | John F. Garland |
| | Attorney for Defendant |
| | DAWN RENEE WESSLING |
| | |
| Dated: October 16, 2014 | Benjamin B. Wagner |
| | United States Attorney |
| | |
| | /s/ Kirk E. Sherriff |
| | By:  KIRK E. SHERRIFF |
| | Assistant U.S. Attorney |

## ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the Status Conference re Violation of Supervised Release for defendant DAWN RENEE WESSLING is continued to January 20, 2015 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **October 17, 2014**           **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE