JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California  93721

Telephone:  (559) 497-6132
Facsimile:   (559) 579-1530

Attorney for Defendant,
DAWN RENEE WESSLING

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAWN RENEE WESSLING,<br><br>Defendant. | Case No. 1:12-CR-00192 LJO-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND  ORDER THEREON**<br><br>**Date:  February 12, 2015**<br>**Time:  1:30 p.m.**<br>**Courtroom Ten**<br>**Honorable Gary S. Austin** |

Defendant, DAWN RENEE WESSLING, through his counsel, John F. Garland and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Grant R. Rabenn, Assistant United States Attorney, hereby stipulate to continue the Status Conference re Violation of Supervised Release from January 20, 2015 to February 12, 2015 at 1:30 p.m. This continuance is requested by the parties to allow the United States Probation Office sufficient time to review the defendant's progress and compliance with the terms and conditions of her term of supervised release.

United States Probation Officer Jack Roberson concurs with the continued hearing date.

///

///

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 14, 2015 | /s/ John F. Garland |
| 3 | | John F. Garland<br>Attorney for Defendant |
| 4 | | DAWN RENEE WESSLING |
| 5 | | |
| 6 | Dated: January 14, 2015 | Benjamin B. Wagner<br>United States Attorney |
| 7 | | /s/ Grant R. Rabenn |
| 8 | | By: GRANT R. RABENN<br>Assistant U.S. Attorney |

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the Status Conference re Violation of Supervised Release for defendant DAWN RENEE WESSLING is continued to February 12, 2015 at 1:30 p.m.

IT IS SO ORDERED.

Dated: **January 15, 2015**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE