UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable Lawrence J. O'Neill
United States District Judge
Fresno, California

         RE: Dawn Renee WESSLING
            Docket Number:  1:12CR00192-02
            **REQUEST TO RECALL WARRANT**

Your Honor:

On March 7, 2014, a Prob 12C Petition was filed with the Court alleging the offender violated her conditions of supervision by failing to follow the instructions of the probation officer and associating with prohibited persons.  A no-bail warrant was issued.

The warrant was executed by the United States Marshals on September 23, 2014. Subsequently, after several Court appearances, on March 26, 2015, the Honorable Sheila K. Oberto granted the request from the government, defense counsel, and probation and ordered the violation petition dismissed without prejudice.

The United States Marshals Service has requested a written order dismissing the violation petition so they can recall the warrant.  Therefore, it is respectfully requested that the Prob 12C Petition for Warrant filed on March 7, 2014, be dismissed without prejudice and the warrant be recalled.

RE: **Dawn Renee WESSLING**
    Docket Number:  1:12CR00192-02
    <u>**REQUEST TO RECALL WARRANT**</u>

                                                Respectfully submitted,

                                                  */s/ Jose Figueroa*

                                                  Jose Figueroa
                                       United States Probation Officer

Dated:   August 26, 2015
         Modesto, California
         JF/lr

                                          */s/ Jack C. Roberson*
**REVIEWED BY:**   **Jack C. Roberson**
                                 **Deputy Chief United States Probation Officer**

---

### ORDER OF THE COURT

    Dismiss Prob 12C Petition filed on
March 7, 2014, without prejudice
and recall Warrant.

IT IS SO ORDERED.

   Dated:   **August 27, 2015**                  **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE

cc:   Grant Rabenn
      Assistant United States Attorney

      John Frederick Garland
      Defense Counsel

      United States Marshals Service
      Warrant Division